# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEY WELSH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 1:16-cv-03518-WTL-TAB |
| FRANCISCAN ALLIANCE, INC. d/b/a | ) |
| FRANCISCAN HEALTH INDIANAPOLIS | ) |
| Defendant. | ) |

## ORDER ON
## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice.

AND THE COURT, having examined said Stipulation and being duly advised therein, now finds as follows:

IT IS ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, with each party to bear its/her own costs and attorneys' fees.

Dated: 2/5/18

_William T. Lawrence_
Judge, Southern District of Indiana

Distribution: Counsel of record will be notified via the Court's ECF system.